UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES P. ROSSER, JR., ) | No. CV-04-0430-MWL |
| Plaintiff, ) | ORDER GRANTING JOINT MOTION |
| vs. ) | FOR ORDER OF STIPULATED REMAND |
| JO ANNE B. BARNHART, ) Commissioner of Social ) Security, ) | |
| Defendant. ) | |

The parties have jointly moved for a stipulated order of remand for further proceedings. The court GRANTS the joint motion.

**IT IS ORDERED** that the Commissioner's decision in regard to Plaintiff's application for Supplemental Security Income disability benefits under Title XVI of the Social Security Act be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, an administrative law judge (ALJ) will be directed:

1. to offer plaintiff an opportunity for a new hearing, and to submit additional evidence, testimony, and/or arguments.

2. to further evaluate the nature and severity of plaintiff's

mental impairments and their effects.  In so doing, the ALJ will be directed to reconsider the opinions of Debra A. Brown, Ph.D., (Tr. 166-69, 178-81), James Bailey, Ph.D., (Tr. 279, 284), and Hi Y. Lee, M.D., (Tr. 183, 210-49, 295-302), and provide rationale to explain the weight given to these medical source opinions.

4. to make findings regarding the severity of limitations due to plaintiff's mental impairments in each of the functional areas (activities of daily living; social functioning; concentration, persistence and pace; episodes of decompensation).  In addition, the ALJ will be directed to consider and address Dr. Lee's opinion that plaintiff needs to change positions (Tr. 183).

5. to take any further action necessary to complete the administrative record and issue a new decision in this matter.

DATED this 2nd day of August, 2005.

s/ Michael W. Leavitt

MICHAEL W. LEAVITT
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ TERRYE E. SHEA
Special Assistant United States Attorney
701 Fifth Avenue, Suite 2900 M/S 901
Seattle   WA   98104-7075
 Telephone (206) 615-2143
 FAX (206) 615-2531
 terrye.shea@ssa.gov